**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SHEILA NICHOLES,

          Plaintiff,

    v.

EXPERIAN INFORMATION SOLUTIONS,
INC.; EQUIFAX INFORMATION
SERVICES, LLC; TRANS UNION LLC; and
ALLY FINANCIAL INC.,

          Defendants.

Case No.: 1:26-cv-02583

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17, Defendant Experian Information Solutions, Inc. ("Experian") hereby moves the Court for leave to withdraw the appearance of John Robert B. DeLaney as counsel for Experian in this action and in support states as follows:

1. On March 27, 2026, John Robert B. DeLaney of the law firm Jones Day appeared as counsel of record for Experian in this matter. *See* ECF No. 12.

2. On June 16, 2026, Elaine H. Blais, of the law firm Goodwin Procter LLP entered an appearance in this matter. Her contact information is as follows:  Elaine H. Blais; Goodwin Procter LLP, 100 Northern Ave, Boston, MA 02210; Tel: (617) 570-1205; Email: eblais@goodwinprocter.com. *See* ECF No. 46.

3. Goodwin Procter LLP will represent Experian in this matter going forward. Accordingly, the withdrawal of John Robert B. DeLaney will not delay the adjudication of this matter or otherwise prejudice any party.

- 1 -

- 2 -

WHEREFORE, Experian respectfully requests that the Court grant an Order withdrawing John Robert B. DeLaney as counsel for Experian in this matter.

Dated: June 16, 2026                    Respectfully submitted,


                                        /s/ John Robert B. DeLaney
                                        John Robert B. DeLaney,
                                        Bar No. 6345767
                                        JONES DAY
                                        110 North Wacker Drive, Suite 4800
                                        Chicago, IL  60606
                                        Telephone: +1.312.269.4207
                                        Facsimile: +1.312.782.8585
                                        Email: rdelaney@jonesday.com

                                        *Attorneys for Defendant*
                                        *Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 16, 2026, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification to all counsel of record.

/s/ *John Robert B. DeLaney*
John Robert B. DeLaney

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*