## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Sheila Nicholes

                    Plaintiff,

v.                                      Case No.: 1:26–cv–02583
                                      Honorable Jorge L. Alonso

Experian Information Solutions, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 17, 2026:

      MINUTE entry before the Honorable Jorge L. Alonso: Defendant Motion to withdraw as counsel [47] is granted. Attorney John Robert Butler Delaney is given leave to withdraw as counsel. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.